CAROLINE R. GARCZYNSKI, Respondent, *v.* DORR RUSSELL, Individually and as Executor and Trustee of LUCY G. RUSSELL, Deceased, et al., Appellants.

*Garczynski* v. *Russell,* 17 App. Div. 623, affirmed.
(Argued December 10, 1900; decided February 15, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 9, 1897, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Jesse W. Johnson* for appellants.

*George M. Weaver* and *Arthur M. Beardsley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, CULLEN and WERNER, JJ. Not sitting: LANDON, J.